# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ, et al., | CASE NO. 1:10-cv-1511 SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST** |
| v. | |
| MANHEIM CENTRAL CALIFORNIA, et.al., | (Docket No. 24) |
| Defendants. | |

On February 16, 2011, Plaintiffs Valerie Martinez and Sonia Montemayor and Defendant Cox Enterprises, Inc. filed a stipulated request that Defendant Cox Enterprises, Inc., be granted an extension until March 3, 2011, to answer or otherwise respond to the complaint. (Doc. 24.)

Accordingly, IT IS HEREBY ORDERED THAT Defendant Cox Enterprises, Inc., shall file a response to the complaint on or before March 3, 2011.

IT IS SO ORDERED.

**Dated:   February 17, 2011**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE