# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ and SONIA MONTEMAYOR,<br><br>          Plaintiffs,<br><br>     v.<br><br>MANHEIM CENTRAL CALIFORNIA, MANHEIM'S PENNSYLVANIA AUCTION, and COX ENTERPRISES, INC.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:10-cv-01511-SKO<br><br>**ORDER THAT DEFENDANTS FILE ADDITIONAL DOCUMENTS** |

It has come to the Court's attention that the record lacks some of the documents that were apparently filed in Fresno County Superior Court prior to removal. Although Defendant Cox Enterprises, Inc. references an administrative complaint filed with the Department of Fair Employment and Housing and indicates it is attached to Plaintiffs' complaint (*see* Doc. 26-1, 11:26; Doc. 31, 6:2), the Removal Notice does not contain a copy of this attachment.

Further, according to the Fresno County Superior Court's online docket, Defendant Manheim Central California filed an answer to Plaintiffs' complaint; however, a copy of this answer does not appear in the removal notice or in this Court's CM-ECF docket. Accordingly, Defendants are HEREBY ORDERED to file these additional documents.

IT IS SO ORDERED.

**Dated:    April 18, 2011**              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE