# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ and SONIA MONTEMAYOR,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM CENTRAL CALIFORNIA, MANHEIM'S PENNSYLVANIA AUCTION and COX ENTERPRISES, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ / | CASE NO. 1:10-cv-01511-SKO<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' STIPULATED REQUEST TO AMEND THE SCHEDULE** |

On March 23, 2012, the parties filed a stipulated request to extend the expert discovery deadline from April 1, 2012, to May 5, 2012. (Doc. 40.) Extending the expert discovery deadline until May 5, 2012, however, impacts the parties' non-dispositive motion filing deadline, which is currently set for April 18, 2012. As such, the parties' stipulated request to extend the expert discovery deadline until May 5, 2012, cannot be accommodated given the parties' current schedule. The parties' expert discovery deadline, however, will be extended until April 17, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to extend the discovery deadline is GRANTED IN PART, and DENIED IN PART; and

2. The parties' expert discovery deadline is extended to April 17, 2012.

IT IS SO ORDERED.

**Dated:   March 26, 2012**                       /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE