1  Michael G. Woods, #58683
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:  (559) 433-1300
4  Facsimile:  (559) 433-2300

5  Attorneys for Defendant MANHEIM
   REMARKETING, INC., dba MANHEIM
6  CENTRAL CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  VALERIE MARTINEZ and SONIA MONTEMAYOR, | Case No. 1:10-CV-01511 SKO |
| 12           Plaintiffs, | **STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE TRIAL DATE AND ORDER THEREON** |
| 13           v. | |
| 14  MANHEIM CENTRAL CALIFORNIA, MANHEIM'S PENNSYLVANIA AUCTION and COX ENTERPRISES, INC., a California corporation and DOES 1 through 50, inclusive, | |
| 15           Defendants. | |

19         It is stipulated by the parties herein, through their respective counsel, that due to a calendar conflict on the part of Michael G. Woods, trial attorney for Defendant MANHEIM REMARKETING dba MANHEIM CENTRAL CALIFORNIA, the parties respectfully request and stipulate that the scheduling order be amended to continue the trial presently scheduled for September 18, 2012 to November 14, 2012 with the final Pre-Trial Conference hearing to be set by the Court.

| | |
|---|---|
| Dated: May 30, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: ___/s/ Michael G. Woods___
Michael G. Woods
Attorneys for Defendant MANHEIM REMARKETING, INC., dba MANHEIM CENTRAL CALIFORNIA

Dated: May 21, 2012                                             WAGNER JONES, LLP

By: ___/s/ Andrew B. Jones___
Andrew B. Jones
Attorneys for Plaintiffs

## **ORDER**

Based upon the parties' request for a continuance of the trial and Pretrial Conference, the Scheduling Order, Document 38, is amended as follows:

1. The trial is continued to **November 27, 2012, at 8:30 a.m. in Courtroom 7;** and
2. The Pretrial Conference is continued to **October 10, 2012, at 2:00 p.m. in Courtroom 7.**

IT IS SO ORDERED.

Dated:  **June 5, 2012**                                   **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE