# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ, and SONIA MONTEMAYOR,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MANHEIM CENTRAL CALIFORNIA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-01511-SKO<br><br>**ORDER TO FILE DISPOSITIVE CASE DOCUMENTS OR SHOW CAUSE** |

On July 5, 2012, the parties filed a notice of settlement. (Doc. 47.) The parties were ordered to file dispositive case documents by August 31, 2012, but failed to do so. As such, the Court ORDERS the parties, **no later than April 10, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why the action should not be dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to such sanctions as the Court deems appropriate.

IT IS SO ORDERED.

**Dated:   April 2, 2013**　　　　　　　　　　／s／ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE