1    Michael G. Woods, # 58683                    (SPACE BELOW FOR FILING STAMP ONLY)
     McCormick, Barstow, Sheppard,
2    Wayte & Carruth LLP
     P.O. Box 28912
3    5 River Park Place East
     Fresno, CA  93720-1501
4    Telephone:    (559) 433-1300
     Facsimile:    (559) 433-2300
5
     Attorneys for Defendant
6    MANHEIM REMARKETING, INC. DBA MANHEIM
     CENTRAL CALIFORNIA
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   VALERIE MARTINEZ and SONIA              Case No.  1:10-CV-01511 SKO
     MONTEMAYOR,
12                                           **STIPULATION FOR DISMISSAL WITH
                   Plaintiffs,               PREJUDICE AND ORDER THEREON**
13
            v.
14
     MANHEIM CENTRAL CALIFORNIA,
15   MANHEIM'S PENNSYLVANIA
     AUCTION and COX ENTERPRISES,
16   INC., a California corporation; and DOES
     1 through 50, inclusive,
17
                   Defendants.
18

19
            IT IS HEREBY STIPULATED by and between Plaintiffs VALERIE MARTINEZ
20
     and  SONIA  MONTEMAYOR  and  Defendants  MANHEIM  REMARKETING,  INC.  DBA
21
     MANHEIM CENTRAL CALIFORNIA that the Complaint filed herein shall be dismissed with
22
     prejudice.
23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

                STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  Dated: September 30, 2012                    McCORMICK, BARSTOW, SHEPPARD,
2                                                  WAYTE & CARRUTH LLP

3
4                                            By:_____/s/ Michael G. Woods_____
                                                      Michael G. Woods
5                                                   Attorneys for Defendant
                                             MANHEIM REMARKETING, INC. DBA
6                                             MANHEIM CENTRAL CALIFORNIA

7  Dated: September  5, 2012                       WAGNER & JONES, LP

8
9                                            By:_____/s/ Andrew B. Jones_____
                                                      Andrew B. Jones
10                                                 Attorneys for Plaintiffs
                                             VALERIE MARTINEZ and SONIA
11                                                   MONTEMAYOR

12
13                                    **<u>ORDER</u>**

14         Based on the Stipulation of the parties hereto and good cause appearing therefor,

15         IT IS ORDERED that the Complaint of Plaintiffs VALERIE MARTINEZ and SONIA

16  MONTEMAYOR is dismissed with prejudice.  The respective parties shall each bear their own

17  costs and attorneys' fees.

18
19
20  IT IS SO ORDERED.

21
22      Dated:  __**April 2, 2013**__            _____**/s/ Sheila K. Oberto**_____
                                                 UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON