Michael G. Woods, # 58683
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
MANHEIM REMARKETING, INC. DBA MANHEIM CENTRAL CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ and SONIA MONTEMAYOR,<br><br>            Plaintiffs,<br><br>     v.<br><br>MANHEIM CENTRAL CALIFORNIA, MANHEIM'S PENNSYLVANIA AUCTION and COX ENTERPRISES, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  1:10-CV-01511 SKO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs VALERIE MARTINEZ and SONIA MONTEMAYOR and Defendants MANHEIM REMARKETING, INC. DBA MANHEIM CENTRAL CALIFORNIA that the Complaint filed herein shall be dismissed with prejudice.

| | |
|---|---|
| Dated: September 30, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:   /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant
MANHEIM REMARKETING, INC. DBA
MANHEIM CENTRAL CALIFORNIA

| | |
|---|---|
| Dated: September 5, 2012 | WAGNER & JONES, LP |

By:   /s/ Andrew B. Jones
Andrew B. Jones
Attorneys for Plaintiffs
VALERIE MARTINEZ and SONIA MONTEMAYOR

## ORDER

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiffs VALERIE MARTINEZ and SONIA MONTEMAYOR is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **April 2, 2013**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE